# UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

BRFT HOLDINGS LLC, a Wyoming limited
liability company, and BEAREFOOT LLC,
a Delaware limited liability company

               V.                            **Case Number:**

BEARFOOT LLC, a North Dakota
limited liability company,

---

### PRAECIPE

TO THE CLERK OF THIS SAID COURT:

     Please issue a  **summons**

in the above-entitled cause for:

**BEARFOOT LLC, a North Dakota
limited liability company,**

/s/ Travis W. Koch

Nathan Nicholas, Wyo. Bar #7-5078
Travis W. Koch, Wyo. Bar # 7-5418
Koch Law, P.C.
P.O. Box 2660
Cheyenne, WY 82003
(307) 426-5010
(307) 426-4927 (fax)
tkoch@kochlawpc.com
nnicholas@kochlawpc.com

Attorneys for Plaintiffs

July 14, 2026

Date